UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Genny Villa,<br><br>　　　　Plaintiff,<br><br>v.<br><br>University of Phoenix, an educational entity; Apollo Group, Inc., a corporation; Arlene Locklin and John Doe Locklin; Natalie Shipman and John Doe Shipman; and Does 1-100,<br><br>　　　　Defendants. | Case No. 2:13-cv-1085-SRB<br><br>**ORDER GRANTING STIPULATION TO PLAINTIFF'S DISMISSAL OF COMPLAINT WITH PREJUDICE UNDER RULE 41** |

The Court having received and reviewed the parties' Stipulation to Plaintiff's Dismissal of Complaint with Prejudice Under Rule 41, and good causing appearing,

IT IS HEREBY ORDERED that this action shall be dismissed in its entirety with prejudice.

Dated this 1st day of October, 2013.

_____
Susan R. Bolton
United States District Judge